```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NING LI,<br>YU LI,<br>ZELIN LI,<br><br>       Plaintiffs,<br><br>       v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director,<br>California Service Center, U.S.C.I.S.;<br>EVELYN UPCHURCH, Director,<br>Texas Service Center, U.S.C.I.S.<br>ROBERT S. MUELLER, Director<br>of Federal Bureau of Investigations,<br><br>       Defendants. | No. C 06-7300 PJH<br><br>**STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action on or about November 27, 2006, and Defendants' Answer is currently due on January 29, 2007.

    2. Pursuant to this Court's November 27, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on March 2, 2007,

Stip to Ext Time
C 06-7300 PJH

1  and attend a case management conference on March ~~9~~ 8, 2007.

2     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

3  and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

4  this Court to extend the dates in the Court's scheduling order as follows:

5     Defendants' Answer:                                     February 28, 2007

6     Last day to file Joint ADR Certification:                 March 16, 2007

7     Last day to file/serve Joint Case Management Statement:   ~~March 30, 2007~~ March 29, 2007

8     Case Management Conference:               ~~April 6, 2007 at 10:00 a.m.~~
                                                                      April 5, 2007 at 2:30 p.m.

Dated: January 29, 2007                       Respectfully submitted,

                                                   KEVIN V. RYAN
                                                   United States Attorney

                                                                      /s/
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorney for Defendants

Dated: January 29, 2007                         /s/
                                               JUSTIN X. WANG
                                               Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/1/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Ext Time
C 06-7300 PJH