KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NING LI,<br>YU LI,<br>ZELIN LI,<br><br>          Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director, California Service Center, U.S.C.I.S.;<br>EVELYN UPCHURCH, Director, Texas Service Center, U.S.C.I.S.<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigations,<br><br>          Defendants. | No. C 06-7300 PJH<br><br>**STIPULATION TO DISMISS; AND [**PROPOSED**] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

Stip to Dismiss
C 06-7300 PJH

| | |
|---|---|
| Dated: February 12, 2007 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: February 12, 2007 | /s/<br>JUSTIN X. WANG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/14/07

IT IS SO ORDERED

Judge Phyllis J. Hamilton

Stip to Dismiss
C 06-7300 PJH